IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARIA ISABEL SERVELLON PORTILLO, )
    Plaintiff, )
     )
v. ) Civil Action No. 1:12cv1103
     )
KING OF PITA BAKERY, INC., )
ANTOINE BOULOS TAHAN, )
    Defendants. )

## JUDGMENT ORDER

Upon consideration of the June 19, 2013 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the June 19, 2013 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff Maria Isabel Servellon Portillo and against defendants King of Pita Bakery, Inc. and Antoine Boulos Tahan, jointly and severally, in the total amount of $34,775.90.

The Clerk is **DIRECTED** to enter judgment in accordance with this Order, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a copy of this Order to defendants, the Magistrate Judge and all counsel of record.

Alexandria, VA
July 9, 2013

/s/
T. S. Ellis, III
United States District Judge